### JONES *v.* HOWARD.

ATKINSON, J. The assignments of error upon the refusal to rule out evidence, and upon the charge of the court on the subject of prescriptive title, even if sufficiently definite, show no cause for reversal. The evidence was sufficient to support the verdict for the defendant, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*
APRIL 12, 1917.

Complaint for land. Before Judge Mathews. Houston superior court. June 26, 1916.

*R. N. Holtzclaw* and *C. L. Shepard,* for plaintiff.
*Duncan & Nunn,* for defendant.